AO 91 (Rev. 11/11) Criminal Complaint                                                         AUSA Brian F. Williamson (312) 353-8897

**FILED**
3/29/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

Burhanuddin CUTLERYWALA

CASE NUMBER: 23 CR 181

**UNDER SEAL**

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about April 2, 2022, at Plainfield, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(a) | knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, where: (i) defendant knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, (ii) the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and (iii) the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce |

This criminal complaint is based upon these facts:

 X   Continued on the attached sheet.

STEVEN T MORAN
Digitally signed by STEVEN T MORAN
Date: 2023.03.28 15:59:08 -05'00'

STEVEN MORAN
Special Agent, Homeland Security Investigations

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: March 29, 2023

_Judge's signature_

City and state: Chicago, Illinois

MARIA VALDEZ, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, STEVEN MORAN, being duly sworn, state as follows:

1.      I am a Special Agent with the Department of Homeland Security's Homeland Security Investigations ("HSI"), and have been so employed since approximately March 2020.  Prior to my appointment with HSI, I was employed as a Special Agent with the United States Secret Service from approximately July 2016 to March 2020. My current responsibilities include the investigation of child exploitation and child pornography.

2.      This affidavit is submitted in support of a criminal complaint alleging that BURHANUDDIN CUTLERYWALA has violated Title 18, United States Code, Section 2251(a).

3.      Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging CUTLERYWALA with manufacturing child pornography, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

4.      This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, and information from various service providers.

## I.    SUMMARY OF PROBABLE CAUSE

**5.**    On or about May 25, 2022, law enforcement executed a search warrant at CUTLERYWALA's home in Plainfield, Illinois, based on evidence that child pornography materials were being uploaded and distributed over messaging applications linked to the residence by IP address information. During the execution of the search warrant, agents interviewed CUTLERYWALA, who admitted to using multiple messaging applications, including Kik and Snapchat, to distribute and receive child pornography materials.

**6.**    During the interview, law enforcement conducted a search of CUTLERYWALA's personal cellphone. On the cellphone, which was later subjected to additional forensic analysis, and pursuant to a search warrant for Snapchat data associated with CUTLERYWALA's account, agents recovered a series of sexually explicit messages and images that CUTLERYWALA exchanged with Minor A, a 12-year-old girl residing at the time in New York, in and around April and May 2022. The images included videos of Minor A masturbating and lasciviously displaying her genitals.  CUTLERYWALA admitted to engaging in the Snapchat communications with Minor A, and to knowing that she was a minor.

**7.**    Law enforcement later identified Minor A and interviewed her. During the interview, law enforcement showed Minor A several of the sexually explicit images recovered on CUTLERYWALA's phone, and Minor A identified herself in the photos. Minor A stated that she created the videos and sent them to an individual she identified as CUTLERYWALA at his direction.

## II.     FACTS SUPPORTING PROBABLE CAUSE

### A.  Search Warrant Execution and Defendant Interview

8.     HSI Chicago began investigating CUTLERYWALA following the receipt of two Cybertip reports from the National Center for Missing and Exploited Children in and around November 2021 and May 2022. The Cybertip reports detailed the use of two accounts on the messaging application "Kik," with usernames adamg7078 and mylilpp69, that had sent videos of suspected child pornography to other Kik users.

9.     Law enforcement obtained subscriber records for both Kik accounts, which showed that the files of child pornography were uploaded from IP addresses registered to Individual A[1] at 24512 Champion Drive, Plainfield, Illinois. An email address associated with one of the Kik accounts indicated the email address was established in an around November 2019 using telephone number (630) 600-11XX, which was also registered to Individual A at the same address. A law enforcement database search of phone number (630) 600-11XX indicated that, per a border inspection and interview upon CUTLERYWALA's return to the United States from Pakistan, it had been used by CUTLERYWALA on or about January 8, 2015.

10.     Law enforcement database checks for CUTLERYWALA also showed that he had a valid Illinois driver's license registered to 24512 Champion Drive, Plainfield, Illinois.

---

[1] Individual A shares the same last name as CUTLERYWALA and is known to law enforcement as CUTLERYWALA's father and the owner of the 24512 Champion Drive residence.

11.     On or about May 24, 2022, the Honorable Judge Art Smigielski, of the Illinois Twelfth Circuit Court in Will County, Illinois signed a state residential search warrant for 24512 Champion Drive, Plainfield, Illinois.

12.     On or about May 25, 2022, HSI Chicago and Illinois State Police personnel conducted a search of the 24512 Champion Drive residence pursuant to that warrant. During the execution of the search warrant, CUTLERYWALA and his family members were present at the home. CUTLERYWALA voluntarily agreed to be interviewed in a spare bedroom of the house.

13.     During the audio recorded, non-custodial interview of CUTLERYWALA, he stated that he had previously seen child pornography. CUTLERYWALA was then read his Miranda Rights and verbally waived his rights to continue the interview. CUTLERYWALA then admitted to being the user of both Kik usernames adamg7078 and mylilpp69. CUTLERYWALA told law enforcement that he had been involved with child pornography for approximately two years and voluntarily provided the passcode to his phone. CUTLERYWALA added that "I didn't mean to hurt kids like this, I want you guys to help whoever you can."

14.     Further in the interview, CUTLERYWALA admitted to using Snapchat[2] for child pornography. CUTLERYWALA told law enforcement that he received child pornography through Snapchat messages. When asked if he received files of child pornography that are shared online or if he received images and videos people took

---

[2] Based on my training and experience, I know Snapchat's servers, through which Snapchat messages and media are routed, to be located in California.

of themselves, CUTLERYWALA responded "of themselves." When asked if the people taking the images and videos are adults, CUTLERYWALA responded "sometimes." CUTLERYWALA was then asked if the people he is communicating with are children and he responded "teens." When asked the age of the minors he receives child pornography from, CUTLERYWALA stated "high school – 16, 17."

15.     During the interview, the passcode CUTLERYWALA provided was used to unlock his cell phone.[3] CUTLERYWALA assisted investigators navigate the contents of his phone to the "hidden" folder in the photos section. Investigators opened the folder and observed several files of child pornography.

16.     Investigators then opened CUTLERYWALA's Snapchat application on his cell phone, which law enforcement observed was operating under an account with username "burhanc53." CUTLERYWALA stated the top two usernames on his Snapchat account are the ones he communicates with most. CUTLERYWALA then identified Minor A's Snapchat display name and stated he believes Minor A is 14 or 15 years old.

17.     Following the interview, Illinois State Police investigators arrested CUTLERYWALA for possession of child pornography and seized his cellular phone and subjected it to further forensic analysis. On or about December 1, 2022, law enforcement also obtained an additional search warrant for information associated with the Snapchat account "burhanc53."

---

[3] CUTLERYWALA's cell phone was an Apple iPhone, which, based on my training and experience, I know to be manufactured outside of the United States.

### B. Search and Forensic Analysis of Defendant Phone

18.     Pursuant to the forensic analysis of CUTLERYWALA's phone and Snapchat search warrant, law enforcement's review of CUTLERYWALA's cell phone and data stored by Snapchat show messages were exchanged between Minor A and CUTLERYWALA from approximately April 1, 2022, until May 24, 2022. During these conversations, CUTLERYWALA sent Minor A multiple explicit videos, including videos of child pornography. CUTLERYWALA also received multiple images and videos of Minor A nude and/or masturbating. As noted above, during a voluntary interview on or about May 25, 2022, CULTERYWALA admitted communicating via Snapchat with Minor A, who he stated he believed was 14 or 15 years old. As further described below, during a forensic interview on or about February 8, 2023, Minor A identified herself as the individual depicted in several of the explicit photographs found on CUTLERYWALA's phone.

19.     Based on law enforcement's review of Snapchat data, on or about April 1, 2022, CUTLERYWALA, using Snapchat username "burhanc53" began chatting with Minor A on Snapchat.[4] According to the messages exchanged,[5] the conversation was immediately sexual in nature and CUTLERYWALA was aware of the Minor A's

---

[4] According to Snap Inc.'s law enforcement guide, and as I am aware based on my training and experience, Snapchat is a mobile phone application for sending and receiving "self destructing" messages, pictures, and videos.

[5] Due to technical limitations, messages obtained from CUTLERYWALA's cellular phone, as well as messages obtained from Snapchat, do not include all messages exchanged between CUTLERYWALA and Minor A. In some cases, data showing a message was sent by the user without any content of the message is included in the message threads.

age. The first message obtained of the conversation was sent by Minor A on or about April 1, 2022, in which she stated, "12 and yes" followed by "What do you look like other then your dick." According to Minor A's birthdate, she was 12 years old at the time these messages were exchanged.

20.     As the conversation continued, on or about April 1, 2022, at approximately 11:41 pm UTC, Minor A sent CUTLERYWALA an image of her reflection in a mirror. In the image, Minor A appears to have taken the photo using her cell phone and is completely nude with her breasts and vagina visible.

21.     On or about April 2, 2022, at approximately 12:12 am UTC, CUTLERYWALA sent a video to Minor A depicting a minor female with braces performing oral sex on an adult male. Following the video, CUTLERYWALA stated "My friend lost a bet [laughing emoji]". On the same date, at approximately 3:51am UTC, CUTLERYWALA sent a video to Minor A depicting two adults having sex followed by the message "my friend just sent me this video lol [laughing emoji]"

22.     Approximately ten minutes after receiving the videos from CUTLERYWALA, at approximately 4:00 am UTC, Minor A sent two videos of herself to CUTLERYWALA. The first video depicts Minor A completely nude standing over the camera and squatting towards the camera multiple times, exposing her vagina. The second video depicts Minor A completely nude standing over the camera and squatting towards the camera to expose her vagina. In this video, Minor A then stands over the camera while dancing in place before using both hands to spread her labia, further exposing her vagina.

23.     On or about April 2, 2022, at approximately 1:20 pm UTC, Minor A sent a video of herself completely nude on a bed. In the one minute twenty-eight second video, Minor A is seen digitally penetrating her vagina and anus for several seconds.

24.     On or about April 6, 2022, CUTLERYWALA sent Minor A five images depicting cartoon drawings of female characters from the Disney movie Encanto. Each image depicts the female characters nude and/or having sex. Following the images, CUTLERYWALA sent the message "My friend just sent me these lol" to which Minor A responded "lol." CUTLERYWALA then sent the following messages: "Lol make me look at Encanto all over again lol" followed by "Which one do you like [laughing emoji]" and "??". Continuing on or about April 6, 2022, CUTLERYWALA sent a "gif" to Minor A depicting Disney princesses Little Mermaid, Snow White, and Belle performing oral sex on a penis followed by a message with the laughing emoji.

25.     On or about April 9, 2022, Minor A sent CUTLERYWALA the same above-described videos depicting her squatting over the camera.

26.     On or about April 9, 2022, Minor A sent CUTLERYWALA an image depicting her completely nude facing away from the camera on her hands and knees. Minor A's vagina and anus are the visible and her face is observed looking back at the camera.

27.     On or about April 10, 2022, CUTLERYWALA sent a video to Minor A depicting an adult female performing oral sex on an adult male's penis and anus, followed by the message "My friend just sent me this video lol [laughing emoji]." Minor A then responded "The dick part yes but the ass no."

28.     On or about April 17, 2022, CUTLERYWALA sent a video depicting an adult male and female having sex on a bed. In the video, the adult female is on her hands and knees while having sex. CUTLERYWALA then sent the message "My friend just sent me this lol" to which Minor A responded, "Can that be us but not doggy style."

29.     On or about April 19, 2022, CUTLERYWALA sent Minor A two files depicting Disney characters. The first message depicted the Disney character Tinker Bell performing a sex act on a penis. The second message depicted an image of the Disney character Elsa nude with the words "Fuck Me" written on her buttocks.

30.     On or about April 22, 2022, CUTLERYWALA sent a video to Minor A, approximately twenty-six seconds in length, showing a pre-pubescent female, approximately eight to eleven years old, clothed standing in a library. The video appears to be taken by a clothed adult male standing next to the minor female. The adult male then exposes his penis and begins to masturbate next to the minor female's head while she is reading a book. The adult male then puts his penis against the minor female's head until she looks at the penis and begins to walk away. As the camera moves, a clothed male, approximately three to five years old, is observed standing next to the minor female.

31.     On or about May 22, 2022, CUTLERYWALA sent a video to Minor A, approximately one minute twenty-three seconds in length, depicting a prepubescent female and two prepubescent males, all approximately eight to eleven years old. The video appears to be taken of the minor female as she places each of the minor males'

penises in her mouth for several seconds. The video then shows the camera facing a bed and one minor male lays on his back on the bed. All three minors are nude from the waist down as the minor female climbs on the bed on her hands and knees. The video then shows the minor female place the minor male's penis in her mouth while the other minor male kneels behind her. The video then appears to show the minor male penetrate the minor female with his penis while she has the other minor male's penis in her mouth.

32.     On or about May 24, 2022, CUTLERYWALA sent a video to Minor A, approximately two seconds in length, showing an adult male holding the camera while driving. The steering wheel of the vehicle with the Ford logo is visible in the video as the camera is moved down towards the adult male's lap. The adult male then pulls his penis out of his shorts. CUTLERYWALA followed the video with the message, "What color panties are we wearing today beautiful [drooling emoji] [winking emoji]." During, physical surveillance of CUTERLYWALA's residence, law enforcement observed a white Ford sedan parked in the driveway. Law enforcement database searches revealed that the Ford sedan is registered to Individual A at the 24512 Champion Drive address.

33.     On or about May 24, 2022, CUTLERYWALA sent a video approximately three seconds in length, depicting an adult male holding the camera while sitting on the toilet. The camera is focused on the adult male's penis while he is sitting on the toilet.

### C. Identification of Minor A

34.    As noted above, following the execution of the residential search warrant, a forensic examination was conducted of CUTLERYWALA's cell phone. During a review of the forensic exam, numerous files of child pornography were discovered on the device. Additionally, Snapchat messages exchanged between CUTLERYWALA and Minor A were discovered and reviewed by law enforcement. The messages included Minor A's full Snapchat username.

35.    Subscriber information for Minor A's Snapchat account was obtained in and around October 2022. IP addresses and phone registration information provided by Snapchat was used to locate Minor A. This information was subsequently provided to Minor A's local HSI Field Office to facilitate a forensic interview of Minor A.

36.    On or about February 8, 2023, Minor A, at the time residing in New York state, was forensically interviewed by an HSI Forensic Interview Specialist ("FIS"). During the interview, Minor A identified her Snapchat username as the one communicating with CUTLERYWALA's account. Minor A also identified herself as the minor depicted in multiple files of child pornography sent to CUTLERYWALA[6].

37.    During the forensic interview, Minor A stated she created both videos depicting her completely nude squatting and dancing over the camera after the individual she identified as CUTLERYWALA asked her to "twerk" and "squat" over her phone.

---

[6] The images and videos of child pornography obtained from the Snapchat conversation were provided to the FIS to present to Minor A during the interview.

### D. CONCLUSION

38.     Based on the above information, there is probable cause to believe that BURHANUDDIN CUTLERYWALA, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, that (i) defendant knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, (ii) the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and (iii) the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce.

FURTHER AFFIANT SAYETH NOT.

STEVEN T MORAN

Digitally signed by STEVEN T MORAN
Date: 2023.03.28 15:10:40 -05'00'

STEVEN MORAN
Special Agent, Homeland Security
Investigations


SWORN TO AND AFFIRMED by telephone March 29, 2023.

Honorable MARIA VALDEZ
United States Magistrate Judge